IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| American Patents LLC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:21-cv-1332-ADA |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| Grande Communications Networks, LLC. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF DEFENDANT'S UNOPPOSED REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to the Court's Standing Order Governing Proceedings—Patent Cases, Defendant Grande Communications Networks, LLC ("Grande"), without waiving any defenses described or referred to in Federal Rule of Civil Procedure 12, respectfully requests a 45-day extension of time to respond to Plaintiff American Patents, LLC's Complaint (Dkt. 1). Plaintiff has agreed to the extension of time sought. Accordingly, pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Grande hereby submits this Notice to the Court that Grande's deadline to respond to the Complaint is extended up to and including March 28, 2022.

Dated: February 8, 2022

Respectfully submitted,

/s/ Jacqueline P. Altman
Kyle Gottuso (*pro hac vice* to be filed)
Richard Brophy (*pro hac vice* to be filed)
Wenkai Tzeng (*pro hac vice* to be filed)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105

Tel: (314) 621–5070
Fax: (314) 621-5065
kgottuso@atllp.com
rbrophy@atllp.com
wtzeng@atllp.com

Jacqueline P. Altman
State Bar No. 24087010
John P. Palmer
State Bar No. 15430600
John A. "Andy" Powell
State Bar No. 24029775
USPTO Reg. No. 71,533
NAMAN HOWELL SMITH & LEE, PLLC
400 Austin Ave., Suite 800
Waco, Texas 76701
jaltman@namanhowell.com
palmer@namanhowell.com
powell@namanhowell.com

**ATTORNEYS FOR DEFENDANT GRANDE COMMUNICATIONS NETWORKS, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on February 8, 2022, counsel for Defendant spoke with Zac Harrington, counsel of record for Plaintiff, who indicated that Plaintiff is not opposed to the relief requested herein.

>                          */s/ Jacqueline Altman*
>                          Jacqueline Altman

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2022, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys or record who have who have consented to accept this Notice as service of this document by electronic means.

>                          */s/ Jacqueline Altman*
>                          Jacqueline Altman