**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| AMERICAN PATENTS LLC, | CIVIL ACTION NO. 6:21-cv-1332-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| GRANDE COMMUNICATIONS NETWORKS, LLC, | |
| Defendant. | |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

The parties have conferred regarding submission of an agreed proposed Protective Order to protect certain information in the above-captioned case.  The parties jointly submit the agreed proposed Protective Order, which is attached as Exhibit A, and respectfully request its entry in the above-captioned case.

Dated: May 26, 2022

Respectfully submitted,

*/s/ Zachariah S. Harrington*

Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com

Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON & THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*


/s/ *Kyle Gottuso*
Richard L. Brophy (pro hac vice)
Kyle Gottuso (pro hac vice)
Wenkai Tzeng (pro hac vice)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Tel: (314) 621-5070
Fax: (314) 621-5065
rbrophy@atllp.com
kgottuso@atllp.com
wtzeng@atllp.com

Jacqueline P. Altman
State Bar No. 24087010
John P. Palmer
State Bar No. 15430600
John A. "Andy" Powell
State Bar No. 24029775
USPTO Reg. No. 71,533
NAMAN HOWELL SMITH & LEE, PLLC
400 Austin Ave., Suite 800
Waco, Texas 76701
jaltman@namanhowell.com

palmer@namanhowell.com
powell@namanhowell.com

*Attorneys for Defendant*
*Grande Communications Networks, LLC*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on the 26th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

         */s/ Zachariah S. Harrington*
         Zachariah S. Harrington