# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>GRANDE COMMUNICATIONS NETWORKS, LLC,<br><br>　　Defendant. | CIVIL ACTION NO. 6:21-cv-1332-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT REQUEST FOR LIMITED PRE-MARKMAN DISCOVERY

Pursuant to this Court's discovery procedures under the Court's Order Governing Proceedings in Patent Cases, Plaintiff American Patents LLC and Defendant Grande Communications Networks, LLC jointly requested limited pre-*Markman* discovery to serve a third-party subpoena upon Intellectual Ventures.

Having considered the Parties' joint request, it is hereby Ordered that the request is **GRANTED**.

SIGNED this 15th day of June, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE